IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__GovCIO, LLC__
**Plaintiff,**

v.

__Jeffrey Gieber__
**Defendant.**

Case No. __8:22-cv-399__

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with __GovCIO, LLC__:
(name of party)

__GovCIO Holding Company__.
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

__GovCIO Holding Company__.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☒ In a case based on diversity jurisdiction, the following is a list of all members of GovCIO, LLC (name of LLC party) and their states of citizenship:

| Name of member | State of citizenship |
|---|---|
| GovCIO Holding Company | Delaware |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

February 16, 2022
Date

/s/ M. Carter DeLorme
Signature

M. Carter DeLorme (No. 17943)
Printed name and bar number

51 Louisiana Ave. N.W. Washington, D.C. 20001
Address

cdelorme@jonesday.com
Email address

(202) 879-3939
Telephone number

(202) 626-1700
Fax number